UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA          )   Case Number: CR _OO-6154 - CR-Jordan_
                    Plaintiff.    )
                                  )   REPORT COMMENCING CRIMINAL
        -vs-                      )           ACTION
                                  )
_Percy Morris_                    )       _55353-004_
                    Defendant
*********************************************************

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************
All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: _6:00_    (am)/pm

(2)  Langue Spoken: _English_

(3)  Offense (s) Charged: _18 USC 1962, 1955, 892, 894, 1956_

(4)  U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5)  Date of Birth: _08/12/64_

(6)  Type of Charging Document:  (check one)
     [X] Indictment  [ ] Complaint  To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: _Southern District of Florida_

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7)  Remarks: _____

(8)  Date:_____    (9) Arresting Officer:_____

(10) Agency:_____    (11) Phone:_____

(12) Comments: _6/26_

28/3