COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: PERCY MORRIS         (J)    CASE NO: 00-6154-CR-JORDAN
AUSA: PAUL SCHWARTZ  /s/        ATTY: _____
AGENT: FBI                        VIOL: 18:1956(h)
PROCEEDING I/A ON SEALED INDICT.  RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no        COUNSEL APPOINTED
   BOND SET @                     to be appt'd
   SPECIAL CONDITIONS:            William Norris

1) To be cosigned by: _____
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to: _____

Gov't ore tenus motion to unseal
granted
Advised of charges - sworn for appt'mt
of counsel

[FILED stamp: JUN 21 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: _____
                        (PTD)/BOND HRG:  6-27  2pm   Judge Brown
                        PRELIM/ARRAIGN:  6-27    "    "
                        REMOVAL HRG: _____
                        STATUS CONF: _____

Date: 6/21/00  Time: 11:00   FTL/LSS TAPE #00- 030  Begin: 1575  End: 2306

Rec'd in MIA Dkt 6/26                                         32/3