AO 442 (Rev. 12/85) Warrant for Arrest   AUSA PAUL F. SCHWARTZ     FBI S/A JOE CICINI

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA  48/468

UNITED STATES OF AMERICA

V.

PERCY MORRIS
aka "Tiny"

**WARRANT FOR ARREST**

CASE NUMBER: 00-6154-CR-JORDAN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____ PERCY MORRIS ____

MAGISTRATE JUDGE BANDSTRA

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business, Conspiracy to make extortionate extensions of credit, Conspiracy to collect extortionate extensions of credit, Money laundering conspiracy

in violation of Title  18  United States Code, Section(s) 1962(d), 1955, 892, 894, 1956(h)

RECEIVED JUN -6 PM 4:24 SOUTHERN DISTRICT OF FLORIDA FT. LAUD. OFFICE UNITED STATES MARSHAL

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ PRETRIAL DETENTION

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER   [signature]
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

FILED BY 00 JUN 23 PM 3:51 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA.

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |||
| DATE RECEIVED 6/6/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6/21/00 | FOR: FBI | Fred Depompa, SDUSM |

80/3