UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6154-CR-~~JORDAN~~ (WPD)

UNITED STATES OF AMERICA,

vs.

PERCY MORRIS

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 55353-004

Language:_____

FILED by MAG. SEC. _____ D.C.
JUL 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

The above-named Defendant appeared before **Magistrate Judge** BROWN , where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retainedcounsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: IN CUSTODY_____

              _____

              Tel. No:_____

Defense Counsel:    Name : William Morris
                    Address: 3225 Aviation Ave., Ste 300
                             Coral Gables, FL 33133
                    Tel. No: (305) 860-0988

Bond Set/Continued:    $ Stip PTD

Dated this  27TH  day of  JUNE  , 2000.

CLARENCE MADDOX, CLERK

BY STEPHANIE LEE_____
     Deputy Clerk

c:Clerk for Judge
  U.S. Attorney                 TAPE NO. 00B-72-860, 73-1
  Defense Counsel               DIGITAL START NO._____
  Pretrial Services
formarra.ign

