UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: __00-6154-CR-~~JORDAN~~ WPD__

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

**PERCY MORRIS**

          Defendant.



*Stipulated* *Order*

FILED by MAG. SEC. D.C.

JUL 0 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

_____

    Pursuant to the Bail Reform Act, a detention hearing was held this date in accordance with 18 U.S.C. Section 3142(f). At the conclusion of the evidentiary hearing, the findings of fact and conclusions of law required by the Act were dictated into the record. It is thereupon

    **ORDERED AND ADJUDGED** as follows:

    1. The Defendant __NAMED ABOVE__ shall be detained pending trial in this case for the reasons stated on the record by the Court *with right to revisit*

    2. A final Order of Detention memorializing the dictated findings and conclusions shall be entered forthwith.

    **DONE AND ORDERED** in Miami, Florida this __27th__ day of __JUNE__, 20 __00__.

TAPE NO. 00B-72-860, 73-1

_____
UNITED STATES MAGISTRATE JUDGE
**STEPHEN T. BROWN**

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal

