# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
## HONORABLE WILLIAM P. DIMITROULEAS

FILED by _____ D.C.
OCT 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6154-CR-WPD   DATE: October 16, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   vs.   Percy Norris

U.S. ATTORNEY: Paul Schwartz, Julia Stiller   DEFT. COUNSEL: William Norris

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft. to enter guilty plea to Count 1. Gvt agrees to dismiss Counts 2-5 at time of sentencing. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 12/29   TIME: 10:15   FOR: Sentencing
MISC: Written plea agreement filed.

