UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA, )
          Plaintiff, )
          )
v. )
          )
PERCY MORRIS, )
          Defendant. )
_____)

### GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO U.S.S.C. § 5K1.1

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to U.S.S.C. §5K1.1 and 18 U.S.C. §3553(e) respectfully requests that the Court depart from the Sentencing Guidelines based upon the following:

The defendant has provided substantial assistance in the investigation of other persons who have committed violations of federal law.

The government respectfully requests the opportunity to fully inform the Court, at time of sentencing, as to the substance of the defendant's cooperation with the government.

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

By: _____
       PAUL F. SCHWARTZ
       ASSISTANT UNITED STATES ATTORNEY
       Court I.D. #A5500086
       500 E. Broward Blvd., 7th Floor
       Fort Lauderdale, Florida 33394
       Telephone: (954) 356-7392
       Facsimile: (954) 356-7230



**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was mailed this ___7___ day of ___Dec___, 2000, to:

William Norris, Esquire
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133-4741

_____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY