# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6154-CR-WPD  DATE: December 29, 2000

COURTROOM CLERK: ~~Karen A. Carlton~~ Amy Jordan  COURT REPORTER: Bob Ryckoff

PROBATION: _____  INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  Percy Morris

U.S. ATTORNEY: Paul Schwartz  DEFT. COUNSEL: William Norris

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Government's 5K1.1 motion - granted. Defendant sentenced to one year and one day imprisonment; 3 years Supervised Release. Special Conditions: ① Defendant shall participate in an approved treatment program for mental health. ② Defendant shall maintain full time, legitimate employment. Fine waived; Special Assessment $100.00

CASE CONTINUED TO: _____  TIME: _____  FOR: _____

MISC: Defendant has 10 days w/in to file an appeal.